THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ATTEA, Appellant.

Submitted August 15, 2011; decided September 13, 2011

Motion for assignment of counsel granted and Charles J. Greenberg, Esq., PO Box 102, Buffalo, New York 14207 assigned as counsel to the appellant on the appeal herein.